**COURT OF APPEAL, FIRST CIRCUIT**
**STATE OF LOUISIANA**

RE: Docket Number 2023-CA-1185

Gary Davis

- - Versus - -

Dr. Bryan Barrett d/b/a Central Stat Care

19th Judicial District Court
Case #: 629271
East Baton Rouge Parish

On Application for Rehearing filed on 08/14/2024 by Gary Davis

Rehearing _____ *Denied* _____

_____
Mitchell R. Theriot

_____
Allison H. Penzato

_____
Walter I. Lanier III

*Penzato, J. dissents*
*and would grant rehearing*

Date **AUG 2 1 2024**
_____

_____
Rodd Naquin, Clerk